STATE OF NEW JERSEY v. IRVING SCHLEIMER.

September 7, 1977. Petition for certification denied.

IN THE MATTER OF THE INVESTIGATION INTO THE TRENTON POLICE ATHLETIC LEAGUE.

September 7, 1977. Petition for certification denied.

KALEEL GAREEB, M.D. v. NEWTON MEMORIAL HOSPITAL.

September 12, 1977. Petition for certification denied.

JAMES BOYET FRINK v. CATHERINE E. FRINK.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM SMOTHERS.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES A. SPENCER.

September 12, 1977. Petition for certification denied.